IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARY MCKAIN,<br><br>     Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>     Defendant. | CV 21-100-M-DWM<br><br>JUDGMENT |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED in accordance with the Opinion and Order dated August 25, 2022, Doc. 32, that judgment is entered in favor of the Defendant.

  Dated this 25th day of August, 2022.

            TYLER P. GILMAN, CLERK

            By: /s/ Nicole Stephens
            Nicole Stephens, Deputy Clerk